IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 14-87-LRR |
| vs. | ) | |
| JACOB WAYNE BOOTS, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 24, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on October 2, 2014, in which defendant consented to the forfeiture of any interest he had or has in the firearm and ammunition alleged to be subject to forfeiture under the Forfeiture Allegation of the August 13, 2014, Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning October 30, 2014, and continuing through November 28, 2014, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, Cortez Antonio Davis was served with Notice of Forfeiture as well as a copy of the Preliminary Order of Forfeiture on November 5, 2014;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm included in the Preliminary Order of Forfeiture entered on October 24, 2014.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.     That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.     That the following property belonging to Jacob Wayne Boots, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

   a.     **a Smith and Wesson 9mm handgun, bearing serial number DSE8615 and;**

   b.     **magazine with 13 rounds of 9mm ammunition;**

which were seized from defendant on or about April 15, 2014 in Cedar Rapids, Iowa.

3.     That the United States Marshals Service and/or the Federal Bureau of Investigation is hereby authorized to dispose of the firearm and ammunition identified in paragraph 2 of this Order.

4.     That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward one certified copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

DATED this 14th day of January, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA